| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) | **2. Court or Organization** | **3. Date of Report** |
|---|---|---|
| Fitzgerald, Michael W. | United States District Court, Central District of California | 8/12/2021 |

| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | **5a. Report Type** (check appropriate type) | **6. Reporting Period** |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

350 West First Street
Room 5250
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and President | Federal Bar Association, Los Angeles Chapter |
| 2. | Co-Trustee | Trust # 1 |
| 3. | Co-Executor | Estate # 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | NALEO Educational Fund; salary |
| 2. | 2020 | State of California, In-Home Supportive Services; miscellaneous income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 8/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Revolving Credit | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America -- Cash Accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Brokerage Account #2 (Personal) (H) | | | | | | | | | |
| 4. Vanguard FTSE All World Ex US (VFSAX) | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Brokerage Account #3 (IRA) (H) | | | | | | | | | |
| 7. Doubleline Total Return (DBLTX) | B | Dividend | K | T | Buy (add'l) | 04/23/20 | J | | |
| 8. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 9. Elements International (ELINX) | | None | | | Sold | 04/22/20 | L | | |
| 10. Elements Emerging Mkts (ELMMX) | | None | | | Sold | 04/22/20 | K | | |
| 11. Elements Int'l Small Cap Port (ELISX) | | None | | | Sold | 04/22/20 | K | | |
| 12. Elements US Port (ELUSX) | | None | | | Buy (add'l) | 03/04/20 | J | | |
| 13. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 14. | | | | | Sold | 04/22/20 | N | | |
| 15. Elements US Small Cap (ELSMX) | | None | | | Sold | 04/22/20 | K | | |
| 16. Goldman Sachs MLP Energy Infrastructure Inst (GMLPX) | A | Dividend | | | Sold | 03/19/20 | J | | |
| 17. Riverpark Short Term High Yld Fd Instl CL (RPHIX) | A | Dividend | K | T | Sold (part) | 04/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 11/09/20 | K | | |
| 20. Robinson Tax Advantaged (ROBNX) | A | Dividend | | | Sold<br>(part) | 07/22/20 | J | | |
| 21. | | | | | Sold | 07/29/20 | K | | |
| 22. Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | N | | |
| 23. | | | | | Sold<br>(part) | 01/14/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 25. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 27. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 29. | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 36. | | | | | Sold<br>(part) | 07/14/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 42. | | | | | Sold<br>(part) | 10/08/20 | J | | |
| 43. | | | | | Sold<br>(part) | 11/10/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 46. | | | | | Sold<br>(part) | 12/30/20 | K | | |
| 47. Stone Ridge Reinsurance Risk Prem Interval (SRRIX) | | None | | | Sold<br>(part) | 03/03/20 | J | | |
| 48. | | | | | Sold<br>(part) | 06/02/20 | J | | |
| 49. | | | | | Merged<br>(with line 50) | 07/31/20 | J | | |
| 50. Stone Ridge Trust TW (SRRIX) | | None | | | Sold | 08/27/20 | J | | |
| 51. Stone Ridge Alt Lending (LENDX) | A | Dividend | | | Sold<br>(part) | 03/17/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/16/20 | J | | |
| 53. | | | | | Merged (with line 54) | 08/28/20 | J | | |
| 54. Stone Ridge Tr V Alt Lendg Prem (LENDX) | A | Dividend | J | T | Sold (part) | 09/17/20 | J | | |
| 55. | | | | | Sold (part) | 12/10/20 | J | | |
| 56. Voya Securitized Credit (VCFIX) | B | Dividend | K | T | Buy (add'l) | 04/23/20 | J | | |
| 57. | | | | | Sold (part) | 06/11/20 | J | | |
| 58. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 59. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 60. CrossingBridge Low Dur (CBLDX) | A | Dividend | J | T | | | | | |
| 61. Riverpark Floating Rate (RCRIX) | A | Dividend | | | Sold (part) | 04/23/20 | K | | |
| 62. | | | | | Sold (part) | 06/11/20 | J | | |
| 63. | | | | | Sold | 11/09/20 | J | | |
| 64. Cliffwater Corporate Lending FD Corporate I (CCLFX) | C | Dividend | L | T | Buy | 07/22/20 | K | | |
| 65. Cohen & Steers Instl Realty Shares (CSRIX) | B | Dividend | | | Buy | 03/19/20 | K | | |
| 66. | | | | | Sold | 07/22/20 | K | | |
| 67. Shenkman Capital Short Dur Hi Inc Inst (SCFIX) | A | Dividend | K | T | Buy | 11/09/20 | K | | |
| 68. | | | | | Buy (add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Vanguard Emerging Mkts Stock IDX Adm (VEMAX) | A | Dividend | K | T | Buy | 04/22/20 | K | | |
| 70. | Vanguard 500 Index FD Admiral Shrs (VFIAX) | C | Dividend | N | T | Buy | 04/22/20 | N | | |
| 71. | | | | | | Sold (part) | 06/11/20 | J | | |
| 72. | Vanguard FTSE All-Wld Ex-US SMCP IDX Adm (VFSAX) | A | Dividend | K | T | Buy | 04/22/20 | K | | |
| 73. | Vanguard Small Cap Index ADM (VSMAX) | A | Dividend | L | T | Buy | 04/22/20 | L | | |
| 74. | Vanguard Developed Markets Index Admiral (VTMGX) | B | Dividend | L | T | Buy | 04/22/20 | L | | |
| 75. | | | | | | | | | | |
| 76. | Wells Fargo Bank -- Cash Accounts | A | Interest | K | T | | | | | |
| 77. | Capital One -- Cash Account | A | Interest | K | T | | | | | |
| 78. | | | | | | | | | | |
| 79. | Brokerage Account #4 (Personal) (H) | | | | | | | | | |
| 80. | TD Ameritrade -- FDIC Insured Deposit Account | A | Interest | J | T | | | | | |
| 81. | Van Eck Inernat'l Investors Gold Fd (INIYX) | C | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 82. | | | | | | Sold (part) | 07/08/20 | J | A | |
| 83. | Advisors Inner Circle Intl Fund I (KGIIX) | A | Dividend | J | T | Sold (part) | 10/16/20 | J | A | |
| 84. | Pimco Commodities Plus Strat I (PCLIX) | A | Dividend | | | Sold | 02/27/20 | J | | |
| 85. | Northern Lights Altegris/AACA Oppt RE I (RAAIX) | B | Dividend | K | T | Sold (part) | 02/27/20 | J | A | |

| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/12/20 | J | A | |
| 87. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 88. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 89. USA Mutuals Navigator Institutional (UNAVX) | | None | | | Sold (part) | 02/27/20 | K | | |
| 90. | | | | | Sold | 02/28/20 | J | | |
| 91. Sprott Physical Gold Trust Unit Common Stock (PHYS) | | None | K | T | | | | | |
| 92. Carter Validus Mission Critical REIT Inc. Com | A | Distribution | | | Sold (part) | 02/11/20 | J | | |
| 93. | | | | | Sold (part) | 05/22/20 | J | | |
| 94. | | | | | Merged (with line 95) | 09/30/20 | J | | |
| 95. Silas Realty Trust, Inc., Class A NSA | A | Distribution | J | T | | | | | |
| 96. Citigroup Global Mkts Holdings Inc., Velocity SHS (DLBR) | | None | | | Sold (part) | 04/15/20 | J | | |
| 97. | | | | | Sold | 04/17/20 | J | | |
| 98. Doubleline Funds Shiller Enhanced Cape I (DSEEX) | A | Dividend | | | Buy (add'l) | 02/28/20 | K | | |
| 99. | | | | | Sold (part) | 03/10/20 | J | | |
| 100. | | | | | Sold | 03/12/20 | K | | |
| 101. Voya Funds Russia I (IIRFX) | A | Dividend | | | Buy (add'l) | 02/19/20 | J | | |
| 102. | | | | | Buy (add'l) | 02/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 03/09/20 | J | | |
| 104. Wasatch Funds Hoisington US Treasury Inv (WHOSX) | C | Dividend | K | T | Buy (add'l) | 03/02/20 | J | | |
| 105. | | | | | Buy (add'l) | 03/13/20 | K | | |
| 106. Wisdom Trust Emer Mkt (DEM) | A | Dividend | J | T | Buy | 09/17/20 | K | | |
| 107. Dimensional Fund Advisors (DFIGX) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 108. | | | | | Sold | 06/10/20 | J | A | |
| 109. Fidelity Investments (FCPIX) | | None | | | Buy | 02/28/20 | J | | |
| 110. | | | | | Sold | 03/12/20 | J | | |
| 111. Schwab Strategic (FNDF) | | None | | | Buy | 02/19/20 | J | | |
| 112. | | | | | Sold | 03/09/20 | J | | |
| 113. Alpha Architect ETF (FRDM) | | None | J | T | Buy | 09/17/20 | J | | |
| 114. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 115. Goldman Sachs Funds (GHYIX) | A | Dividend | | | Buy | 06/11/20 | J | | |
| 116. | | | | | Sold | 11/05/20 | J | A | |
| 117. Goldman Sachs Funds (GSMYX) | B | Dividend | J | T | Buy | 11/05/20 | J | | |
| 118. Direxion Shares (GUSH) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 119. | | | | | Buy (add'l) | 07/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Icahn Enterprises (IEP) | A | Distribution | J | T | Buy | 04/28/20 | J | | |
| 121.  Direxion Shares (JNUG) | | None | J | T | Buy | 07/08/20 | J | | |
| 122.  Advisors Inner Circle (KGGIX) | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 123.  Nuveen Funds (NSIOX) | A | Dividend | | | Buy | 03/13/20 | J | | |
| 124. | | | | | Sold | 03/23/20 | J | | |
| 125.  Permanent Portfolio (PRPFX) | | None | | | Buy | 03/10/20 | J | | |
| 126. | | | | | Sold | 06/23/20 | J | A | |
| 127.  Pimco Investments Stockplus (PSTIX) | | None | | | Buy | 03/11/20 | J | | |
| 128. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 129. | | | | | Sold | 06/10/20 | J | | |
| 130.  Ishares Silver Trust (SLV) | | None | J | T | Buy | 04/15/20 | J | | |
| 131.  Proshares Trust (URTY) | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 132.  Proshares Trust (AGQ) | | None | J | T | Buy | 07/08/20 | J | | |
| 133.  Berkshire Hathaway (BRK.B) | | None | J | T | Buy | 04/28/20 | J | | |
| 134.  Select SPDR Trust (XLE) | A | Distribution | | | Buy | 04/28/20 | J | | |
| 135. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 136. | | | | | Sold | 09/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | | | | | |
| 138. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 139. TD Ameritrade -- FDIC Insured Deposit Account (Y) | | | | | | | | | |
| 140. Van Eck FDS Intl Investors Gold Fund Y (INIYX) | B | Dividend | K | T | | | | | |
| 141. Pimco Commodities Plus Strat I (PCLIX) | | None | | | Sold | 02/27/20 | J | | |
| 142. Doubleline Funds Shiller Enhanced Cape I (DSEEX) | A | Dividend | | | Buy (add'l) | 02/28/20 | J | | |
| 143. | | | | | Sold (part) | 03/10/20 | J | | |
| 144. | | | | | Sold | 03/12/20 | J | | |
| 145. USA Mutuals Navigator Inst (UNAVX) | | None | | | Sold (part) | 02/27/20 | J | | |
| 146. | | | | | Sold | 02/28/20 | J | | |
| 147. Voya Funds Russia I (IIRFX) | | None | | | Sold | 03/09/20 | J | | |
| 148. Wasatch Funds Hoisington US Treasury Inv (WHOSX) | A | Dividend | J | T | Buy (add'l) | 03/02/20 | J | | |
| 149. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 150. MGD Portfolio Series (ATACX) | | None | J | T | Buy | 11/27/20 | J | | |
| 151. Fidelity (FCPIX) | | None | | | Buy | 02/28/20 | J | | |
| 152. | | | | | Sold | 03/12/20 | J | | |
| 153. Nuveen (NSIOX) | A | Distribution | | | Buy | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 11/27/20 | J | | |
| 155. Dimensial (DFIGX) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 156. | | | | | Sold | 04/15/20 | J | | |
| 157. Permanent (PRPFX) | | None | | | Buy | 03/10/20 | J | | |
| 158. | | | | | Sold | 04/15/20 | J | | |
| 159. Pimco (PSTIX) | A | Dividend | | | Buy | 03/11/20 | J | | |
| 160. | | | | | Sold | 06/23/20 | J | | |
| 161. | | | | | | | | | |
| 162. Pension Fund #2 (H) | | | | | | | | | |
| 163. Voya Intermediate Bond I (IICIX) | C | Dividend | L | T | Sold<br>(part) | 4/24/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 165. Vanguard Mid Cap Val Idx Adm (VMVZX) | A | Dividend | K | T | Sold<br>(part) | 04/24/20 | J | | |
| 166. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 167. Hartford Midcap Y | B | Dividend | K | T | Sold<br>(part) | 04/24/20 | K | | |
| 168. | | | | | Buy<br>(add'l) | 11/13/20 | K | | |
| 169. Calvert Small Cap I (CSVIX) | A | Dividend | K | T | Sold<br>(part) | 04/24/20 | J | | |
| 170. | | | | | Sold<br>(part) | 11/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  T. Rowe Price Intl Discovery I (TIDDX) | B | Dividend | K | T | Sold<br>(part) | 04/24/20 | J | | |
| 172. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 173.  Vanguard Sm Cap Grth Idx Adm | A | Dividend | K | T | Sold<br>(part) | 04/24/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 175.  DFA Emerging Mrkts Core Eq I | A | Dividend | K | T | Sold<br>(part) | 04/24/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 177.  Pimco Income Instl | C | Dividend | L | T | Sold<br>(part) | 04/24/20 | K | | |
| 178. | | | | | Sold<br>(part) | 11/13/20 | K | | |
| 179.  Calvert Income A | B | Dividend | | | Sold<br>(part) | 04/24/20 | J | | |
| 180. | | | | | Sold | 08/17/20 | L | | |
| 181.  Vanguard Equity Income Adm | B | Dividend | K | T | Sold<br>(part) | 04/24/20 | K | | |
| 182. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 183.  Vanguard US Growth Admiral | C | Dividend | L | T | Buy<br>(add'l) | 04/22/20 | K | | |
| 184. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 185.  American Funds New Prspct R6 (X) | A | Dividend | J | T | Buy<br>(add'l) | 11/13/20 | J | | |
| 186.  Ishares S&P 500 Index K | A | Dividend | K | T | Buy | 04/24/20 | K | | |
| 187. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. JPMorgan Corporate Bond R6 | B | Dividend | L | T | Buy | 08/17/20 | L | | |
| 189. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 190. Stanford Stable Asset A | | None | J | T | Buy | 04/24/20 | K | | |
| 191. | | | | | Sold<br>(part) | 11/13/20 | K | | |
| 192. Wells Fargo Spec Mdcp Val R6 (X) | A | Dividend | K | T | Buy<br>(add'l) | 11/13/20 | K | | |
| 193. | | | | | | | | | |
| 194. Union Bank (X) | A | Interest | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. LBS Financial Credit Union (X) | A | Interest | J | T | | | | | |
| 197. | | | | | | | | | |
| 198. DWS S&P 500 Index Fund-S (X) | A | Dividend | J | T | | | | | |
| 199. DWS Global Income Builder (X) | A | Dividend | J | T | | | | | |
| 200. DWS Core Equity Fund-S (X) | B | Dividend | J | T | | | | | |
| 201. HSBC Holdings PLC | A | Dividend | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. Rental Property # 1, Lakewood, California (X) | | None | N | W | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Rental Property # 2, Lakewood, California (X) | D | Rent | N | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 8/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets listed on lines 194 to 205 are co-owned with        and reported at fifty percent (50%).

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 8/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael W. Fitzgerald**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544